



U.S. POSTAGE PAID
FCM LG ENV
BATON ROUGE, LA
70805
APR 18, 22
AMOUNT
$34.41
R2303S100849-22

SCREENED OK
U.S. MARSHAL


REGISTERED MAIL

RF 541 714 835 US

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]

Postage Paid
UPU TD 14 (2.2)
stamp/seal
Foreign Office of Origin

General Post-office, Non domestic, zip exempt.

Michael L. McConnell -- Clerk of Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712



USPS SIGNATURE® TRACKING #

9507 3154 0443 2108 2476 94