# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

HOWARD BROWN

Plaintiff

v.

CITY OF CENTRAL, ET AL

Defendant

3:22cv00264

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

J. Scott Thomas, Attorney

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Howard Brown, Roger Corcoran, John H. Porche, Noah McKneely, Darren Sibley and Davis and Son's Fender Fixer, LLC

J. SCOTT THOMAS, #22635

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.