UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HOWARD GARY BROWN     CIVIL ACTION

VERSUS     22-264-SDD-RLB

CITY OF CENTRAL, ET AL

## ORDER

Service having been executed on Defendant, Roger Lynn Corcoran on July 25, 2022, and a responsive pleading having been filed on August 1, 2022,

IT IS ORDERED that the Motion for Entry of Default filed by Howard G. Brown is DENIED.

Baton Rouge, Louisiana, this 30th Day of August 2022.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: *Nicole L. Toups*
Deputy Clerk