Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818

RECEIVED
OCT 19 2022
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD BROWN,** | ) |
| **Plaintiff,** | ) |
| V. | ) Case No. 3:22-CV-00264-SDD-RLB |
| **CITY OF CENTRAL,** | ) |
| **ET AL.,** | ) |
| **Defendants.** | ) |

## MOTION FOR DEFAULT JUDGEMENT

Plaintiff Howard Gary Brown moves this Honorable Court for a Default Judgement against defendant, John Porche, in his individual capacity stating in support:

1. On 14th of July 2022 defendant, John Porche, was served Plaintiff's summons and Complaint.

2. Defendant had 21 days to file a response to the summons and Complaint.

3. As of this date, 18th day of October 2022, defendant has failed to file any response in his **individual** capacity to the summons and Complaint.

4. The return of service affidavit is in the file showing date of service of plaintiff's summons and complaint upon defendant.

5. The interests of justice and of the orderly administration of this court should result in entry of Default Judgement against defendant in the amount of five thousand ($5000.00) dollars forthwith.

WHERFORE plaintiff moves this Honorable Court to enter a Default judgement against defendant.

RESPECTFULLY SUBMITTED this 18th day of August 2022.

_____
Howard Gary Brown, *pro se*

**H. Gary Brown**
1344 Lakeridge Drive
Baton Rouge, LA [70802]
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

LOUISIANA

EAST BATON ROUGE PARISH

CASE NO: 22CV264-SDD-RLB

IN THE MATTER:

HOWARD BROWN, an individual,

 Plaintiff,

vs.

John Porche, an individual
_____/

## Memorandum in support of Default Judgement

1. Rule 55. Default; Default Judgement
   a. Entering a Default. When a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default