UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HOWARD GARY BROWN                                    CIVIL ACTION

VERSUS                                              22-264-SDD-RLB

CITY OF CENTRAL, ET AL

ORDER

Service having been executed on Defendant, John H. Porche on July 14, 2022, and a

responsive pleading having been filed on August 1, 2022,

IT IS ORDERED that the Motion for Entry of Default filed by Howard G. Brown is

DENIED.

Baton Rouge, Louisiana, this 21st day of October 2022.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY *Nicole' L. Toups*
Deputy Clerk