UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**HOWARD BROWN**                                                          **CIVIL ACTION**

**VERSUS**                                                                        **NO. 22-264-JWD-RLB**

**CITY OF CENTRAL, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 13, 2023 (Doc. 64), to which an objection was filed and considered, (Doc. 68);

**IT IS ORDERED** that Defendants' Motions to Dismiss Pursuant to Rule 12(b)(6) (Docs. 20, 29, 31, 37 and 57) are **GRANTED** and Plaintiff's claims against Chief Roger Corcoran, Deputy Chief Sibley, Officer John H. Porche, and Officer Noah McKneely in their official and individual capacities and Plaintiff's claims against the City of Central are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Davis and Son's Fender Fixer, LLC, Joey Doe, Alex Doe, and John Does #1-3 are **DISMISSED WITH PREJUDICE** as those claims have prescribed**.**

**IT IS FURTHER ORDERED**, in the alternative, that Plaintiff's claims against Joey Doe, Alex Doe, and John Does #1-3 are **DISMISSED WITHOUT PREJUDICE** for failure to serve**.**

**IT IS FURTHER ORDERED** that, to the extent not otherwise dismissed above, that the Court declines to exercise supplemental jurisdiction over any state law claims and any such claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's Motions (Docs. 33, 34, 41, 42, 56, and 59) are **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (Doc. 62) and Defendants' Motion to Stay Discovery (Doc. 60) are **DENIED AS MOOT.**

Signed in Baton Rouge, Louisiana, on March 6, 2023.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**